| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Furay, Catherine J. | 2. Court or Organization U.S. Bankruptcy Court, Western District of Wisconsin | 3. Date of Report 10/03/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Chief Bankruptcy Judge (FT) | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

| 7. Chambers or Office Address United States Courthouse 120 N. Henry Street, Room 340 Madison, WI 53703-2559 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | Villages of Bishops Bay Architectural Review Committee |
| 2. | Member of Board of Directors and Treasurer | University of Wisconsin-Eau Claire Foundation Inc. |
| 3. | Committee Member | Finance Committee and Board of Governors of the National Conference of Bankruptcy Judges |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1980 | Wisconsin Deferred Compensation Program - Employee Trust Funds - Prior employer; no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Sweet DeMarb LLC - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Turnaround Management Association | 02/19/16 - 2/21/16 | Las Vegas, NV | TMA Certification Oversight Committee Meeting | Transportation, meals, hotel |
| 2. | State Bar of Wisconsin | 03/02/16 - 03/04/16 | Kohler, WI | BICR Retreat | Registration fee, meals, hotel |
| 3. | National Conference of Bankruptcy Judges | 03/13/16 - 03/15/16 | Fort Worth, TX | NCBJ 2016 Mid-Year Meeting | Transportation, hotel |
| 4. | Institute of Continuing Legal Education in Georgia | 06/01/16 - 06/03/16 | Atlanta, GA | 2016 Atlanta Chapter 12 Bankruptcy Conference | Transportation, meals, hotel |
| 5. | American Bankruptcy Institute | 06/16/16 - 06/19/16 | Lake Geneva, WI | ABI Central States Bankruptcy Workshop | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Furay, Catherine J. | 10/03/2017 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 6. | American Bankruptcy Institute | 10/09/16 - 10/10/16 | Chicago, IL | 2016 Hon. Eugene R. Wedoff 7th Circuit Bankruptcy Conference | Transportation, hotel |
| 7. | National Conference of Bankruptcy Judges | 10/25/16 - 10/29/16 | San Francisco, CA | NCBJ 2016 Annual Meeting | Transportation, meals, hotel |
| 8. | Turnaround Management Association | 11/1/16 - 11/4/16 | Orlando, FL | TMA 28th Annual Conference and Certification Oversight Committee Meeting | Transportation, meals, hotel |
| 9. | | | | | |
| 10. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | *See note in Part VIII | | $0.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Credit Card | J |
| 2. | American Express | Credit Card | J |
| 3. | Visa | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐     NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank Account The Park Bank | A | Int./Div. | J | T | | | | | |
| 2. Bank Account Middleton Community Bank | A | Int./Div. | K | T | | | | | |
| 3. The Peoples Community Bancshares | A | Int./Div. | J | T | | | | | |
| 4. Mitzvah LLC | | None | M | U | | | | | |
| 5. Bank Account Towne Bank | A | Int./Div. | J | T | | | | | |
| 6. INVESTMENT ACCOUNT #1 (UBS): (H) | | | | | | | | | |
| 7. - Cash (UBS) | A | Int./Div. | J | T | | | | | |
| 8. - Henderson European Focus Fund Class I (HFEIX) | | None | | | Buy (add'l) | 02/26/16 | J | | |
| 9. | | | | | Sold | 05/31/16 | J | A | |
| 10. - Oakmark Int'l Fund Class I (OAKIX) | | None | | | Buy (add'l) | 02/26/16 | J | | |
| 11. | | | | | Sold | 05/31/16 | J | A | |
| 12. - First Eagle Global Fund Class I (SGIIX) | | None | | | Sold | 02/26/16 | J | A | |
| 13. - Wells Fargo Strategic Municipal Bond Fund (STRIX) | A | Dividend | | | Sold (part) | 02/26/16 | J | A | |
| 14. | | | | | Sold | 05/31/16 | K | A | |
| 15. - BlackRock Global Long/Short Credit Fund (BGCIX) | | None | | | Sold (part) | 02/26/16 | J | A | |
| 16. | | | | | Sold | 05/31/16 | J | A | |
| 17. - Financial Sector SPDR Trust ETF (XLF) | A | Dividend | | | Sold (part) | 02/25/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 05/31/16 | J | A | |
| 19.  - Guggenheim S&P 500 Equal Weight ETF (RSP) | A | Dividend | | | Buy (add'l) | 02/25/16 | J | | |
| 20. | | | | | Sold | 05/31/16 | J | A | |
| 21.  - WisdomTree Trust Japan Hedged Equity FD (DXJ) | | None | | | Buy (add'l) | 02/25/16 | J | | |
| 22. | | | | | Sold | 05/31/16 | J | A | |
| 23.  - WisdomTree Trust Europe Hedge Equity ETF (HEDJ) | A | Dividend | | | Buy (add'l) | 02/25/16 | J | | |
| 24. | | | | | Sold | 05/31/16 | J | A | |
| 25.  - John Hancock Global Absolute Return (JHAIX) | | None | | | Sold (part) | 02/26/16 | J | A | |
| 26. | | | | | Sold | 06/01/16 | J | A | |
| 27.  - American Century High Yield Muni (ABHYX) | A | Dividend | | | Buy (add'l) | 02/26/16 | J | | |
| 28. | | | | | Sold | 05/31/16 | J | A | |
| 29.  - PIMCO Enhanced Short Maturity (MINT) | A | Dividend | | | Sold | 02/25/16 | J | A | |
| 30.  - ALPS Alerian MLP Index (AMLP) | A | Dividend | | | Sold | 02/25/16 | J | A | |
| 31.  - SPDR Energy Sector ETF (XLE) | | None | | | Sold | 02/25/16 | J | A | |
| 32.  - Vanguard Emerging Markets ETF (VWO) | | None | | | Sold | 02/25/16 | J | A | |
| 33.  - Vaneck Vectors Oil Services ETF (OIH) | | None | | | Buy | 02/25/16 | J | | |
| 34. | | | | | Sold | 05/31/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Alger Spectra Fund Class Z (ASPZX) | | None | | | Buy | 02/26/16 | J | | |
| 36. | | | | | Sold | 05/31/16 | J | A | |
| 37. - Brandes Emerging Markets Value Fund Class I (BEMIX) | A | Dividend | | | Buy | 02/26/16 | J | | |
| 38. | | | | | Sold | 05/31/16 | J | A | |
| 39. - Goldman Sachs MLP Energy Infras Fund Class Instl (GMLPX) | A | Dividend | | | Buy | 02/26/16 | J | | |
| 40. | | | | | Sold | 06/01/16 | J | A | |
| 41. - Virtus Emerging Markets Opportunities Fund Class I (HIEMX) | | None | | | Buy | 02/26/16 | J | | |
| 42. | | | | | Sold | 05/31/16 | J | A | |
| 43. - Wells Fargo Municipal Bond Fund Class Inst (WMBIX) | A | Dividend | | | Buy | 02/26/16 | J | | |
| 44. | | | | | Sold | 05/31/16 | J | A | |
| 45. - ABB LTD (ABB) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 46. | | | | | Sold (part) | 12/16/16 | J | A | |
| 47. - America Movil (AMX) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 48. | | | | | Sold (part) | 12/16/16 | J | A | |
| 49. - American Tower Corp REIT (AMT) | A | Dividend | | | Buy | 05/31/16 | J | | |
| 50. | | | | | Sold | 11/16/16 | J | A | |
| 51. - Amgen Inc. (AMGN) | A | Dividend | J | T | Buy | 05/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 12/16/16 | J | A | |
| 53. - Apple Inc. (AAPL) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 54. | | | | | Sold (part) | 12/16/16 | J | A | |
| 55. - Banco Santander (SAN) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 56. | | | | | Sold (part) | 12/16/16 | J | A | |
| 57. - Capital One Financial Corp (COF) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 58. | | | | | Sold (part) | 12/16/16 | J | A | |
| 59. - Carnival Corp New-Paired Stock (CCL) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 60. | | | | | Sold (part) | 12/16/16 | J | A | |
| 61. - Cisco Systems Inc. (CSCO) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 62. | | | | | Sold (part) | 12/16/16 | J | A | |
| 63. - Citigroup Inc. (C) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 64. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 65. | | | | | Sold (part) | 12/16/16 | J | A | |
| 66. - Coca Cola Co. (KO) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 67. | | | | | Sold (part) | 12/16/16 | J | A | |
| 68. - Credit Suisse Group (CS) | | None | J | T | Buy | 05/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/16/16 | J | A | |
| 70.  - Diageo PLC New (DEO) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 71. | | | | | Sold (part) | 12/16/16 | J | A | |
| 72.  - Duke Energy Corp (DUK) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 73. | | | | | Sold (part) | 12/16/16 | J | A | |
| 74.  - Eaton Corp PLC (ETN) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 75. | | | | | Sold (part) | 12/16/16 | J | A | |
| 76.  - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 77. | | | | | Sold (part) | 12/16/16 | J | A | |
| 78.  - Ford Motor Co. (F) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 79. | | | | | Sold (part) | 12/16/16 | J | A | |
| 80.  - General Electric Co. (GE) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 81. | | | | | Sold (part) | 12/16/16 | J | A | |
| 82.  - Halliburton Co. (HAL) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 83. | | | | | Sold (part) | 12/16/16 | J | A | |
| 84.  - HSBC Holdings (HSBC) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 85. | | | | | Sold (part) | 12/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Kingfisher PLC New Spon ADR (KGFHY) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 87. | | | | | Sold (part) | 12/16/16 | J | A | |
| 88. - McDonald's Corp. (MCD) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 89. - Merck & Co Inc. (MRK) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 90. | | | | | Sold (part) | 12/16/16 | J | A | |
| 91. - Microsoft Corp. (MSFT) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 92. | | | | | Sold (part) | 12/16/16 | J | A | |
| 93. - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 94. | | | | | Sold (part) | 12/16/16 | J | A | |
| 95. - Nestle (NSRGY) | | None | J | T | Buy | 05/31/16 | J | | |
| 96. | | | | | Sold (part) | 12/16/16 | J | A | |
| 97. - Oracle Corp. (ORCL) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 98. | | | | | Sold (part) | 12/16/16 | J | A | |
| 99. - Qualcomm Inc. (QCOM) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 100. | | | | | Sold (part) | 12/16/16 | J | A | |
| 101. - Sanofi Spon ADR (SNY) | | None | J | T | Buy | 05/31/16 | J | | |
| 102. | | | | | Sold (part) | 12/16/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  - Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 104. | | | | | Sold (part) | 12/16/16 | J | A | |
| 105.  - Spectra Energy Corp (SE) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 106. | | | | | Sold (part) | 12/16/16 | J | A | |
| 107.  - Swatch Group AG (SWGAY) | | None | J | T | Buy | 05/31/16 | J | | |
| 108. | | | | | Sold (part) | 12/16/16 | J | A | |
| 109.  - Unilever NV (UN) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 110. | | | | | Sold (part) | 12/16/16 | J | A | |
| 111.  - Walt Disney Co. (DIS) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 112. | | | | | Sold (part) | 12/16/16 | J | A | |
| 113.  - Western Union (WU) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 114. | | | | | Sold (part) | 12/16/16 | J | A | |
| 115.  - Westpac Banking Ltd. (WBK) | | None | J | T | Buy | 05/31/16 | J | | |
| 116. | | | | | Sold (part) | 12/16/16 | J | A | |
| 117.  - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 118. | | | | | Sold (part) | 12/16/16 | J | A | |
| 119.  - Wisdomtree Emerging Markets ETF (DGS) | A | Dividend | J | T | Buy | 05/31/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/16/16 | J | A | |
| 121. - Ishares National Municipal Bond ETF (MUB) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 122. | | | | | Sold (part) | 12/16/16 | J | A | |
| 123. - SPDR Nuveen Barclays Municipal ETF (TFI) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 124. | | | | | Sold (part) | 12/16/16 | J | A | |
| 125. - Vaneck Vectors ETF High Yield Municipal (HYD) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 126. | | | | | Sold (part) | 12/16/16 | J | A | |
| 127. - TEVA Pharmaceuticals (TEVA) | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 128. | | | | | Sold (part) | 12/16/16 | J | A | |
| 129. - VISA Inc. (V) | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 130. | | | | | Sold (part) | 12/16/16 | J | A | |
| 131. IRA #1 (UBS): (H) | | | | | | | | | |
| 132. - Cash (UBS) | A | Int./Div. | J | T | | | | | |
| 133. - Henderson European Focus Fund Class I (HFEIX) | | None | | | Sold (part) | 01/11/16 | J | A | |
| 134. | | | | | Sold | 05/31/16 | K | B | |
| 135. - Brandes Emerging Markets Fund Class I (BEMIX) | A | Dividend | | | Sold (part) | 01/11/16 | K | A | |
| 136. | | | | | Sold | 05/31/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Oakmark Int'l Fund Class I (OAKIX) | | None | | | Buy (add'l) | 01/11/16 | J | | |
| 138. | | | | | Sold | 05/31/16 | K | A | |
| 139. - Franklin Templeton Global Bond Fund Advisor Class (TGBAX) | A | Dividend | | | Sold (part) | 01/11/16 | K | A | |
| 140. | | | | | Sold | 05/31/16 | K | A | |
| 141. - RiverNorth/Doubleline Strategic Income Fund (RNSIX) | B | Dividend | | | Buy (add'l) | 01/11/16 | J | | |
| 142. | | | | | Sold | 05/31/16 | L | B | |
| 143. - Virtus Multi-Sector Short-Term Bond Fund Class A (PIMSX) | B | Dividend | | | Buy (add'l) | 01/11/16 | K | | |
| 144. | | | | | Sold | 05/31/16 | L | B | |
| 145. - First Eagle Global Fund Class I (SGIIX) | | None | | | Sold | 01/11/16 | L | A | |
| 146. - BlackRock Global Long/Short Credit Fund (BGCIX) | | None | | | Sold (part) | 01/11/16 | J | A | |
| 147. | | | | | Sold | 05/31/16 | K | A | |
| 148. - Wells Fargo Advantage Absolute Return Fund (WABIX) | | None | | | Sold | 01/11/16 | L | A | |
| 149. - Financial Sector SPDR Trust ETF (XLF) | A | Dividend | | | Sold (part) | 01/13/16 | J | A | |
| 150. | | | | | Sold | 05/31/16 | K | A | |
| 151. - Guggenheim S&P 500 Equal Weight ETF (RSP) | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 152. | | | | | Sold | 05/31/16 | L | C | |
| 153. - WisdomTree Trust Japan Hedged Equity FD (DXJ) | | None | | | Buy (add'l) | 01/13/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 05/31/16 | K | A | |
| 155. - RS Floating Rate Class A (RSFYX) | A | Dividend | | | Sold | 01/11/16 | K | A | |
| 156. - Goldman Sachs MLP Energy Infrastructure (GMLPX) | A | Dividend | | | Buy (add'l) | 01/11/16 | J | | |
| 157. | | | | | Sold | 05/31/16 | K | B | |
| 158. - Vanek Vectors Oil Services ETF (OIH)* | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 159. | | | | | Sold | 05/31/16 | J | B | |
| 160. - WisdomTree Trust Europe Hedge Equity ETF (HEDJ) | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 161. | | | | | Sold | 05/31/16 | K | A | |
| 162. - John Hncock Global Absolute Return (JHAIX) | | None | | | Sold (part) | 01/11/16 | J | A | |
| 163. | | | | | Sold | 05/31/16 | K | A | |
| 164. - Alger Spectra Fund Class Z (ASPZX) | | None | | | Buy | 01/11/16 | K | | |
| 165. | | | | | Sold | 05/31/16 | K | B | |
| 166. - Virtus Emerging Markets Opportunities Fund Class I (HIEMX) | | None | | | Buy | 01/11/16 | J | | |
| 167. | | | | | Sold | 05/31/16 | K | B | |
| 168. - Angel Oak Multi-Strat Income Fund Class Instl (ANGIX) | A | Dividend | | | Buy | 01/11/16 | K | | |
| 169. | | | | | Sold | 05/31/16 | K | A | |
| 170. - Loomis Sayles Sr Floating Rate & Fixed Rate Inc Fund Class Y (LSFYX | A | Dividend | | | Buy | 01/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 05/31/16 | K | A | |
| 172. - Vanguard Total Bond Market Index (BND) | B | Dividend | L | T | Buy | 01/11/16 | K | | |
| 173. | | | | | Sold (part) | 05/31/16 | K | A | |
| 174. | | | | | Buy (add'l) | 05/31/16 | L | | |
| 175. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 176. - Abb Ltd Spon Adr (ABB) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 177. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 178. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 179. - America Movil (AMX) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 180. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 181. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 182. - American Tower Corp REIT (AMT) | A | Dividend | | | Buy | 05/31/16 | J | | |
| 183. | | | | | Sold (part) | 11/16/16 | J | A | |
| 184. | | | | | Sold | 11/16/16 | J | A | |
| 185. - Amgen Inc. (AMGN) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 186. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 187. | | | | | Buy (add'l) | 12/27/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Apple Inc. (AAPL) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 189. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 190. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 191. - Banco Santander (SAN) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 192. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 193. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 194. - Capital One Financial Corp (COF) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 195. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 196. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 197. - Carnival Corp New-Paired Stock (CCL) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 198. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 199. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 200. - Cisco Systems Inc. (CSCO) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 201. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 202. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 203. - Citigroup Inc. (C) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 204. | | | | | Buy (add'l) | 11/16/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 206. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 207. - Coca Cola Co. (KO) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 208. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 209. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 210. - Credit Suisse Group Spon ADR (CS) | | None | J | T | Buy | 05/31/16 | J | | |
| 211. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 212. - Diageo PLC New GB Spon ADR (DEO) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 213. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 214. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 215. - Duke Energy Corp (DUK) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 216. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 217. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 218. - Eaton Corp PLC (ETN) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 219. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 220. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 221. - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy | 05/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 38

Name of Person Reporting

Furay, Catherine J.

Date of Report

10/03/2017

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 223. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 224. - Ford Motor Co. (F) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 225. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 226. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 227. - General Electric Co. (GE) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 228. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 229. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 230. - Halliburton Co. (HAL) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 231. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 232. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 233. - HSBC Holdings PLC New GB Spon ADR (HSBC) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 234. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 235. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 236. - Kingfisher PLC New Spon ADR (KGFHY) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 237. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 238. - McDonald's Corp. (MCD) | A | Dividend | J | T | Buy | 05/31/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 240. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 241. - Merck & Co Inc. New Com (MRK) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 242. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 243. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 244. - Microsoft Corp. (MSFT) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 245. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 246. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 247. - Mondelez International Inc. (MDLZ) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 248. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 249. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 250. - Nestle S A Spon ADR REPSTG Reg SHS Switz (NSRGY) | | None | J | T | Buy | 05/31/16 | J | | |
| 251. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 252. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 253. - Oracle Corp. (ORCL) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 254. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 255. | | | | | Buy (add'l) | 12/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. - Qualcomm Inc. (QCOM) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 257. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 258. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 259. - Sanofi Spon ADR (SNY) | | None | K | T | Buy | 05/31/16 | K | | |
| 260. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 261. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 262. - Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 263. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 264. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 265. - Spectra Energy Corp (SE) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 266. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 267. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 268. - Swatch Group AD ADR (SWGAY) | | None | K | T | Buy | 05/31/16 | J | | |
| 269. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 270. - Unilever NV Y SHS New Netherlands Spon ADR (UN) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 271. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 272. | | | | | Buy (add'l) | 12/27/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. - Walt Disney Co. (DIS) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 274. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 275. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 276. - Western Union Co (WU) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 277. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 278. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 279. - Westpac Banking Ltd Spon ADR Australia ADR (WBK) | | None | K | T | Buy | 05/31/16 | J | | |
| 280. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 281. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 282. - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 283. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 284. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 285. - Wisdomtree Emerging Markets ETF (DGS) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 286. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 287. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 288. - Blackstone Group Lp (BX) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 289. | | | | | Buy (add'l) | 12/15/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 291.  - Ishares Core U.S. Aggregate Bond ETF (AGG) | B | Dividend | M | T | Buy | 05/31/16 | M | | |
| 292. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 293.  - Pimco 0-5 High Yield Corp. Bond Index ETF (HYS) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 294. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 295.  - Powershares Senior Loan (BKLN) | B | Dividend | K | T | Buy | 05/31/16 | K | | |
| 296. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 297.  - Vanguard Charlotte FDS Total Intl Bond Index Fund ETF (BNDX) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 298. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 299.  - TEVA Pharmaceuticals Israel ADR (TEVA) | A | Dividend | J | T | Buy | 09/12/16 | J | | |
| 300. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 301. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 302.  - Visa Inc. (V) | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 303. | | | | | Buy (add'l) | 12/15/16 | J | | |
| 304. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 305.  - Monsanto Co. (MON) | | None | J | T | Buy | 12/15/16 | J | | |
| 306. | | | | | Buy (add'l) | 12/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  IRA #2 (UBS): (H) | | | | | | | | | |
| 308.  - Cash (UBS) | A | Int./Div. | J | T | | | | | |
| 309.  - Henderson European Focus Fund Class I (HFEIX) | | None | | | Sold (part) | 01/11/16 | J | A | |
| 310. | | | | | Sold | 05/31/16 | J | A | |
| 311.  - Brandes Emerging Markets Fund Class I (BEMIX) | A | Dividend | | | Sold (part) | 01/11/16 | K | A | |
| 312. | | | | | Sold | 05/31/16 | K | A | |
| 313.  - Oakmark Int'l Fund Class I (OAKIX) | | None | | | Buy (add'l) | 01/11/16 | J | | |
| 314. | | | | | Sold | 05/31/16 | L | A | |
| 315.  - Franklin Templeton Global Bond Fund Advisor Class (TGBAX) | A | Dividend | | | Sold (part) | 01/11/16 | K | A | |
| 316. | | | | | Sold | 05/31/16 | K | A | |
| 317.  - RiverNorth/Doubleline Strategic Income Fund (RNSIX) | C | Dividend | | | Buy (add'l) | 01/11/16 | J | | |
| 318. | | | | | Sold | 06/01/16 | M | B | |
| 319.  - Virtus Multi-Sector Short-Term Bond Fund Class A (PIMSX) | B | Dividend | | | Buy (add'l) | 01/11/16 | K | | |
| 320. | | | | | Sold | 05/31/16 | M | B | |
| 321.  - First Eagle Global Fund Class I (SGIIX) | | None | | | Sold | 01/11/16 | L | A | |
| 322.  - BlackRock Global Long/Short Credit Fund (BGCIX) | | None | | | Sold (part) | 01/11/16 | J | A | |
| 323. | | | | | Sold | 05/31/16 | K | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. - Wells Fargo Advantage Absolute Return Fund (WABIX) | | None | | | Sold | 01/11/16 | L | A | |
| 325. - Financial Sector SPDR Trust ETF (XLF) | A | Dividend | | | Sold (part) | 01/13/16 | J | A | |
| 326. | | | | | Sold | 05/31/16 | K | A | |
| 327. - Guggenheim S&P 500 Equal Weight ETF (RSP) | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 328. | | | | | Sold | 05/31/16 | M | D | |
| 329. - WisdomTree Trust Japan Hedged Equity FD (DXJ) | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 330. | | | | | Sold | 05/31/16 | L | A | |
| 331. - RS Floating Rate Class A (RSFYX) | A | Dividend | | | Sold | 01/11/16 | K | A | |
| 332. - Goldman Sachs MLP Energy Infrastructure (GMLPX) | B | Dividend | | | Buy (add'l) | 01/11/16 | J | | |
| 333. | | | | | Sold | 06/01/16 | K | B | |
| 334. - Vaneck Vectors Oil Services ETF (OIH)* | | None | | | Buy (add'l) | 01/13/16 | J | | |
| 335. | | | | | Sold | 05/31/16 | K | B | |
| 336. - WisdomTree Trust Europe Hedge Equity ETF (HEDJ) | A | Dividend | | | Buy (add'l) | 01/13/16 | J | | |
| 337. | | | | | Sold | 05/31/16 | L | A | |
| 338. - John Hancock Global Absolute Return (JHAIX) | | None | | | Sold (part) | 01/11/16 | J | A | |
| 339. | | | | | Sold | 06/01/16 | L | A | |
| 340. - Alger Spectra Fund Class Z (ASPZX) | | None | | | Buy | 01/11/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 05/31/16 | L | B | |
| 342.  - Virtus Emerging Markets Opportunities Fund Class I (HIEMX) | | None | | | Buy | 01/11/16 | K | | |
| 343. | | | | | Sold | 05/31/16 | K | B | |
| 344.  - Angel Oak Multi-Strat Income Fund Class Instl (ANGIX) | A | Dividend | | | Buy | 01/11/16 | K | | |
| 345. | | | | | Sold | 05/31/16 | K | A | |
| 346.  - Loomis Sayles Sr Floating Rate & Fixed Rate Inc Fund Class Y (LSFYX | B | Dividend | | | Buy | 01/11/16 | L | | |
| 347. | | | | | Sold | 05/31/16 | L | A | |
| 348.  - Vanguard Total Bond MKT IDX (VBTLX) | A | Dividend | | | Buy | 01/11/16 | L | | |
| 349. | | | | | Sold | 05/31/16 | L | A | |
| 350.  - Abb Ltd Spon Adr (ABB) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 351. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 352. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 353.  - America Movil (AMX) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 354. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 355. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 356.  - American Tower Corp REIT (AMT) | A | Dividend | | | Buy | 05/31/16 | J | | |
| 357. | | | | | Sold (part) | 11/16/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold | 11/16/16 | J | A | |
| 359.   - Amgen Inc. (AMGN) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 360. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 361. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 362.   - Apple Inc. (AAPL) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 363. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 364. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 365.   - Banco Santander (SAN) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 366. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 367. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 368.   - Capital One Financial Corp (COF) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 369. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 370. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 371.   - Carnival Corp New-Paired Stock (CCL) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 372. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 373. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 374.   - Cisco Systems Inc. (CSCO) | A | Dividend | K | T | Buy | 05/31/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 376. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 377. - Citigroup Inc. (C) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 378. | | | | | Buy (add'l) | 11/16/16 | J | | |
| 379. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 380. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 381. - Coca Cola Co. (KO) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 382. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 383. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 384. - Credit Suisse Group Spon ADR (CS) | | None | J | T | Buy | 05/31/16 | J | | |
| 385. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 386. - Diageo PLC New GB Spon ADR (DEO) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 387. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 388. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 389. - Duke Energy Corp. (DUK) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 390. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 391. | | | | | Buy (add'l) | 12/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. - Eaton Corp PLC (ETN) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 393. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 394. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 395. - Exxon Mobil Corp (XOM) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 396. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 397. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 398. - Ford Motor Co. (F) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 399. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 400. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 401. - General Electric Co. (GE) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 402. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 403. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 404. - Halliburton Co. (HAL) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 405. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 406. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 407. - HSBC Holdings PLC New GB Spon ADR (HSBC) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 408. | | | | | Buy (add'l) | 12/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 410.  - Kingfisher PLC New Spon ADR (KGFHY) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 411. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 412.  - McDonald's Corp. (MCD) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 413. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 414. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 415.  - Merck & Co Inc. New Com (MRK) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 416. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 417. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 418.  - Microsoft Corp. (MSFT) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 419. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 420. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 421.  - Mondelez International Inc. (MDLZ) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 422. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 423. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 424.  - Nestle S A Spon ADR REPSTG Reg SHS Switz (NSRGY) | | None | K | T | Buy | 05/31/16 | K | | |
| 425. | | | | | Buy (add'l) | 12/14/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 38

**Name of Person Reporting**

Furay, Catherine J.

**Date of Report**

10/03/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 427. - Oracle Corp. (ORCL) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 428. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 429. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 430. - Qualcomm Inc. (QCOM) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 431. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 432. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 433. - Sanofi Spon ADR (SNY) | | None | K | T | Buy | 05/31/16 | K | | |
| 434. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 435. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 436. - Schlumberger Ltd. Netherlands Antilles (SLB) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 437. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 438. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 439. - Spectra Energy Corp (SE) | A | Dividend | K | T | Buy | 05/31/16 | J | | |
| 440. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 441. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 442. - Swatch Group AD ADR (SWGAY) | | None | K | T | Buy | 05/31/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 444. - Unilever NV Y SHS New Netherlands Spon ADR (UN) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 445. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 446. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 447. - Walt Disney Co. (DIS) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 448. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 449. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 450. - Western Union Co (WU) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 451. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 452. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 453. - Westpac Banking Ltd Spon ADR Australia ADR (WBK) | | None | K | T | Buy | 05/31/16 | K | | |
| 454. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 455. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 456. - Wisdomtree Emerging Markets High Divid Fund ETF (DEM) | A | Dividend | J | T | Buy | 05/31/16 | J | | |
| 457. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 458. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 459. - Wisdomtree Emerging Markets ETF (DGS) | A | Dividend | J | T | Buy | 05/31/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 461. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 462.   - Blackstone Group Lp (BX) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 463. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 464. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 465.   - Ishares Core U.S. Aggregate Bond ETF (AGG) | C | Dividend | M | T | Buy | 05/31/16 | M | | |
| 466. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 467. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 468.   - Pimco 0-5 High Yield Corp. Bond Index ETF (HYS) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 469. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 470. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 471.   - Powershares Senior Loan (BKLN) | B | Dividend | L | T | Buy | 05/31/16 | L | | |
| 472. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 473. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 474.   - Vanguard Charlotte FDS Total Intl Bond Index Fund ETF (BNDX) | A | Dividend | K | T | Buy | 05/31/16 | K | | |
| 475. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 476. | | | | | Buy (add'l) | 12/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 38

Name of Person Reporting

Furay, Catherine J.

Date of Report

10/03/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477.  - Vauguard Total Bond Market Index (BND) | B | Dividend | M | T | Buy | 05/31/16 | M | | |
| 478. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 479. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 480.  - TEVA Pharmaceuticals Israel ADR (TEVA) | A | Dividend | J | T | Buy | 09/12/16 | K | | |
| 481. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 482. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 483.  - Visa Inc. (V) | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 484. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 485. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 486.  - Monsanto Co. (MON) | | None | J | T | Buy | 12/14/16 | J | | |
| 487. | | | | | Buy (add'l) | 12/27/16 | J | | |
| 488.  Extendquip LLC | | None | K | U | | | | | |
| 489.  State of Wisconsin Life Insurance | A | Dividend | J | T | | | | | |
| 490.  Wisconsin Retirement System Dept of Employee Trust Funds | A | Interest | J | T | | | | | |
| 491.  Wisconsin Deferred Compensation Program (H) | | | | | | | | | |
| 492.  - Black Rock EAFE Equity - Index Coll T | | None | J | T | | | | | |
| 493.  - DFA US Micro Cap I | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. - BlackRock Mid Cap Index - Collective F | | None | J | T | | | | | |
| 495. - Fidelity Contrafund | A | Dividend | J | T | | | | | |
| 496. - Vanguard Institutional Index Fund Plus | A | Dividend | J | T | | | | | |
| 497. - Federated US Government Securities 2-5 Yr. | A | Dividend | J | T | | | | | |
| 498. - Vanguard Stable Value Fund | | None | J | T | | | | | |
| 499. IRA #3 (UBS): (H) | | | | | | | | | |
| 500. - Cash (UBS) | A | Int./Div. | J | T | | | | | |
| 501. - Royal Bank of Canada Trigger ROS XLF | | None | | | Redeemed | 08/31/16 | K | B | |
| 502. - Deutsche Bank AG Trigger ROS XLK | | None | | | Redeemed | 08/31/16 | K | B | |
| 503. - Barclays Bank PLC Trigger PS DXJ | | None | K | T | | | | | |
| 504. - UBS AG Trigger PS EM EQTY BSKT | | None | K | T | | | | | |
| 505. - HSBC USA Inc Buffered ROS IBEX | | None | | | Redeemed | 10/31/16 | K | A | |
| 506. - Citigroup INC Buffered ROS EWZ | | None | J | T | | | | | |
| 507. - JPMorgan Chase & Co. Buffered ROS FTSEMIB | | None | K | T | | | | | |
| 508. - Goldman Sachs Group, Inc. Buffered ROS HSCEI | | None | J | T | | | | | |
| 509. - Morgan Stanley Contingent ROS SPX | | None | K | T | | | | | |
| 510. - Goldman Sachs Group, Inc. Airbag PS UKX | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Credit Suisse AG Airbag PS SPTSX60 | | None | J | T | | | | | |
| 512. - Deutsche Bank Trigger ROS SX5E | | None | K | T | | | | | |
| 513. - Credit Suisse AG L/O TPAOS SPX SX5E | A | Int./Div. | J | T | | | | | |
| 514. - Royal Bank of Canada L/O TPAOS RTY SX5E | A | Int./Div. | J | T | | | | | |
| 515. - JP Morgan Chase Financial T-ISS SPX | | None | K | T | Buy | 08/31/16 | K | | |
| 516. - GS Finance Corp T-SS SPX | | None | K | T | Buy | 08/31/16 | K | | |
| 517. IRA #4 (UBS): (H) | | | | | | | | | |
| 518. - Cash (UBS) | A | Int./Div. | J | T | | | | | |
| 519. - Royal Bank of Canada Trigger ROS XLF | | None | | | Redeemed | 08/31/16 | K | B | |
| 520. - Deutsche Bank AG Trigger ROS XLK | | None | | | Redeemed | 08/31/16 | K | B | |
| 521. - Barclays Bank PLC Trigger PS DXJ | | None | K | T | | | | | |
| 522. - UBS AG Trigger PS EM EQTY BSKT | | None | K | T | | | | | |
| 523. - HSBC USA Inc. Buffered ROS IBEX | | None | | | Redeemed | 10/31/16 | K | B | |
| 524. - Citigroup Inc. Buffered ROS EWZ | | None | J | T | | | | | |
| 525. - JPMorgan Chase & Co Buffered ROS FTSEMIB | | None | K | T | | | | | |
| 526. - Goldman Sachs Group, Inc. Buffered ROS HSCEI | | None | J | T | | | | | |
| 527. - Morgan Stanley Contingent ROS SPX | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Furay, Catherine J. | 10/03/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Goldman Sachs Group, Inc. Airbag PS UKX | | None | K | T | | | | | |
| 529. - Credit Suisse AG Airbag PS SPTSX60 | | None | K | T | | | | | |
| 530. - Deutsche Bank Trigger ROS SX5E | | None | K | T | | | | | |
| 531. - Credit Suisse AG L/O TPAOS SPX SX5E | B | Int./Div. | K | T | | | | | |
| 532. - Royal Bank of Canada L/O TPAOS SX5E | B | Int./Div. | K | T | | | | | |
| 533. - JP Morgan Chase Financial T-ISS SPX | | None | K | T | Buy | 08/31/16 | K | | |
| 534. - GS Finance Corp T-SS SPX | | None | K | T | Buy | 08/31/16 | K | | |
| 535. 401k ACCOUNT (ING): (H)* | | | | | | | | | |
| 536. Lincoln Financial Group Annuity 401k* | B | Int./Div. | M | T | | | | | |
| 537. IRA #5 (UBS): (H) | | | | | | | | | |
| 538. - Cash (UBS) | | None | J | T | | | | | |
| 539. - ACAP Strategic Fund | A | Int./Div. | L | T | | | | | |
| 540. - Skybridge Multi-Advisor | B | Int./Div. | L | T | | | | | |
| 541. IRA #6 (UBS): (H) | | | | | | | | | |
| 542. - Cash (UBS) | | None | J | T | | | | | |
| 543. - ACAP Strategic Fund | A | Int./Div. | K | T | | | | | |
| 544. - Skybridge Multi-Advisor | B | Int./Div. | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part V. Gifts. During 2016, friends sent me gifts of art, jewelry, and memorabilia. I have no reason to believe that any of these items exceeded the $375 limit. If I should learn otherwise, I will amend this form.

Part VII. Investments and Trusts.

Line 158 - formerly Market Vectors Oil Services ETF (OIH)

Line 334 - formerly Market Vectors Oil Services ETF (OIH)

Line 536 - There are no individual holdings within this account. There is no control over the account or its investments.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine J. Furay**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544